# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ARIZONA PIPELINE CO., A DOMESTIC CORPORATION,<br>　　　　Appellant,<br>　　vs.<br>DOES 1 THROUGH 100, INCLUSIVE,<br>　　　　Respondent. | No. 73094 |
| ARIZONA PIPELINE COMPANY; AND CHRISTOPHER DAVID HART,<br>　　　　Petitioners,<br>　　vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE LINDA MARIE BELL, DISTRICT JUDGE,<br>　　　　Respondents,<br>　　　　and<br>ALMA CORONA; BERTHA PELAYO MORALES; BERNARDO SALINAS; ANGELICA PADILLA; AND LESLIE PALAYO MORALES,<br>　　　　Real Parties in Interest. | No. 74167<br><br>**FILED**<br><br>FEB 13 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL AND PETITION

Pursuant to the stipulation of the parties, and cause appearing, the appeal and petition for a writ of mandamus or prohibition are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Linda Marie Bell, District Judge
Lansford W. Levitt, Settlement Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Hall Jaffe & Clayton, LLP
Vannah & Vannah
Eighth District Court Clerk